# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           CASE NO: 12-14967
RAUL O. DONES                                    CHAPTER 13
Debtor (s)


### NOTICE OF CLAIM SATISFACTION


As to Claim 1-1 filed on 05/29/12, Wells Fargo Financial National Bank ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim.  Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee.


/s/ Trang V Truong
Trang V Truong
Bankruptcy Specialist
Wells Fargo Financial National Bank
("Wells Fargo")
PO Box 10438
Des Moines, IA 50306
1-877-455-9946