**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Raul O. Dones | CHAPTER 13
Debtor(s) |
| BKY. NO. 12-14967 JF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FFH1, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: BAC)

                                Respectfully submitted,

                                **/s/Thomas Puleo, Esquire**
                                Thomas Puleo, Esquire
                                Brian C. Nicholas, Esquire
                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 825-6306  FAX (215) 825-6406