# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                  Chapter 13

                                                  Bankruptcy No. 12-14967-JKF

RAUL O DONES

4821 VAN KIRK STREET
PHILADELPHIA, PA 19135

      Debtor

## **CERTIFICATE OF SERVICE**

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    RAUL O DONES

    4821 VAN KIRK STREET
    PHILADELPHIA, PA 19135

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

                                                      /S/ William C. Miller

Date: 2/17/2017                                          _____

                                                      William C. Miller, Esquire
                                                      Chapter 13 Standing Trustee