United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 12-14967-amc
Raul O. Dones                                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2               Date Rcvd: Nov 16, 2017
                              Form ID: 138NEW          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2017.

```
db            +Raul O. Dones,    4821 Van Kirk Street,    Philadelphia, PA 19135-4116
cr            +Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
12918384       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12763399      +Chase-Circuit City,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
12763401      +Convergent Outsourcing,    800 SW 39th St.,    Renton, WA 98057-4975
12763415      +Household Finance Beneficial Fin,    PO Box 1547,    Chesapeake, VA 23327-1547
12763405      +Household Finance Cosumer Discount Co,    2700 Sanders Rd.,    Prospect Height, IL 60070-2701
12763408       National Wholesale Liquidators,    1000 Macarthur Blvd.,    Mahwah, NJ 07430-2035
12763409      +P.G.W.,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
12763411      +PASCDU,    PO Box 69110,    Harrisburg, PA 17106-9110
12763414       TNB-VUSA,    PO Box 673,    Minneapolis, MN 55440-0673
12763413       The Bureaus,    1717 Central Street,    Evanston, IL 60201-1507
12850462       VERIZON WIRELESS,    PO BOX 3397,    BLOOMINGTON, IL 61702-3397
12763416      +Verizon,    P.O. Box 8585,    Philadelphia, PA 19173-0001
12763418       Water Revenue Bureau,    1401 J.F.K. Blvd.,    Philadelphia, PA 19102
12768005       Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA    50306-0438
13626022      +Wells Fargo Bank, N.A., as Trustee,    c/o MATTHEW CHRISTIAN WALDT,    Milstead & Associates LLC,
                 1 East Stow Road,    Marlton, NJ 08053-3118
13265474      +Wells Fargo Bank, N.A., as Trustee, on,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
12763419      +Wells Fargo Financial PA,    9475 Roosevelt Blvd.,    Philadelphia, PA 19114-2212
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: bankruptcy@phila.gov Nov 17 2017 01:53:29     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2017 01:52:27     Pennsylvania Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 17 2017 01:52:56     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 17 2017 02:01:46
                 Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
cr             E-mail/PDF: rmscedi@recoverycorp.com Nov 17 2017 01:46:23     The Bureaus, Inc.,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
12763396      +E-mail/Text: equiles@philapark.org Nov 17 2017 01:53:45     ACS/Philadelphia PVB,
                 PO Box 41819,    Philadelphia, PA 19101-1819
12763397      +E-mail/Text: EBNProcessing@afni.com Nov 17 2017 01:52:38     Afni, Inc.,    PO Box 3247,
                 Bloomington, IL 61702-3247
12881503       E-mail/Text: bankruptcy@phila.gov Nov 17 2017 01:53:29     City of Philadelphia,
                 SchoolDistrict of Philadelphia,    Law Department - Tax Unit,    One Parkway Building,
                 1515 Arch Street, 15th Floor,    Philadelphia, PA  19102-1595
12883665       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2017 01:52:27
                 Commonwealth of Pennsylvania Department of Revenue,    PO Box 280946,    Bankruptcy Division,
                 Harrisburg, PA 17128-0946
12763402       E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2017 01:45:41     GEMB/Old Navy,    PO Box 981400,
                 El Paso, TX 79998-1400
12763403       E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2017 01:46:21     GEMB/Sam's Club,    PO Box 981400,
                 El Paso, TX 79998-1400
12763404      +E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2017 01:45:42     GEMB/Walmart,    PO Box 981400,
                 El Paso, TX 79998-1400
12763406       E-mail/Text: cio.bncmail@irs.gov Nov 17 2017 01:51:46     Internal Revenue Service,
                 P.O. Box 21126,    Philadelphia, PA 19114
12858510       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 17 2017 01:52:47     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
12763398      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 17 2017 02:00:21     LVNV Fuinding, LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
13028274       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 17 2017 02:01:46     Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
12763410       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2017 01:52:27     PA Department of Revenue,
                 Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
12763412       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2017 02:16:08
                 Portfolio Recovery Associates,    120 Corporate Blvd.,    Suite 100,    Norfolk, VA 23502
12926702      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 17 2017 02:00:22
                 PYOD, LLC its successors and assigns as assignee,    of B-Line, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
12795700      +E-mail/Text: equiles@philapark.org Nov 17 2017 01:53:44     Philadelphia Parking Authority,
                 3101 Market Street - 2nd floor,    Philadelphia, PA 19104-2806
12773326       E-mail/PDF: rmscedi@recoverycorp.com Nov 17 2017 01:45:06
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
```

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Nov 16, 2017
                              Form ID: 138NEW          Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
                                                                                                    TOTAL: 21
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12763407*      +LVNV Fuinding, LLC,   PO Box 10497,   Greenville, SC 29603-0497
13626462*      +Wells Fargo Bank, N.A., as Trustee,   c/o MATTHEW CHRISTIAN WALDT,   Milstead & Associates LLC,
                1 East Stow Road,    Marlton, NJ 08053-3118
cr            ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,   3815 South West Temple,
                Salt Lake City, UT 84115-4412
12763400      ##+Commercial Acceptance Co,   4807 Jonestown Rd,   Suite 247,   Harrisburg, PA 17109-1744
12763417      ##+Verizon Wireless,   PO Box 1850,   Folsom, CA 95763-1850
12763420       ##Wilshire Credit Corp.,   P.O. Box 8517,   Portland, OR 97207-8517
                                                                                   TOTALS: 0, * 2, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2017 at the address(es) listed below:
```
              ALBERT JAMES MILLAR   on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              ANDREW F GORNALL    on behalf of Creditor    WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF
               THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES
               2005-FFH1 agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, in trust for
               registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed
               Certificates, Series 2005-FFH1 amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF
               THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES
               2005-FFH1 amps@manleydeas.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              THOMAS I. PULEO    on behalf of Creditor    WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF
               THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES
               2005-FFH1 tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              TRANG V TRUONG    on behalf of Creditor    Wells Fargo Bank, N.A. trangtruong@wellsfargo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              ZACHARY PERLICK    on behalf of Debtor Raul O. Dones Perlick@verizon.net,   pireland1@verizon.net
                                                                                                    TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Raul O. Dones
      Debtor(s)

Bankruptcy No: 12–14967–amc
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/16/17

105 – 104
Form 138_new