IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    RAUL DONES         : Bankruptcy No. 12-14967AMC
                             :
                             :
          DEBTOR             : Chapter 13

**O R D E R**

AND NOW, this 10th day of April, 2018, upon consideration of the Debtor's Motion to Reopen Chapter 13 Case, it is hereby ORDERED that that the Motion to Reopen Bankruptcy case is Granted.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

Service list:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

RAUL DONES
4821 Van Kirk Street
Philadelphia, PA 19135

all creditors on the matrix