United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-14967-amc
Raul O. Dones                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John           Page 1 of 2           Date Rcvd: Apr 10, 2018
                             Form ID: pdf900       Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2018.
db         +Raul O. Dones,   4821 Van Kirk Street,   Philadelphia, PA 19135-4116
cr         +Wells Fargo Bank, N.A.,   PO Box 10438,   Des Moines, IA 50306-0438
12918384    Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
12763399   +Chase-Circuit City,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
12763401   +Convergent Outsourcing,   800 SW 39th St.,   Renton, WA 98057-4975
12763415   +Household Finance Beneficial Fin,   PO Box 1547,   Chesapeake, VA 23327-1547
12763405   +Household Finance Cosumer Discount Co,   2700 Sanders Rd.,   Prospect Height, IL 60070-2701
12763408    National Wholesale Liquidators,   1000 Macarthur Blvd.,   Mahwah, NJ 07430-2035
12763409   +P.G.W.,   800 W. Montgomery Ave.,   Philadelphia, PA 19122-2898
12763411   +PASCDU,   PO Box 69110,   Harrisburg, PA 17106-9110
12763414    TNB-VUSA,   PO Box 673,   Minneapolis, MN 55440-0673
12763413    The Bureaus,   1717 Central Street,   Evanston, IL 60201-1507
12850462    VERIZON WIRELESS,   PO BOX 3397,   BLOOMINGTON, IL 61702-3397
12763416   +Verizon,   P.O. Box 8585,   Philadelphia, PA 19173-0001
12763417   +Verizon Wireless,   PO Box 1850,   Folsom, CA 95763-1850
12763418    Water Revenue Bureau,   1401 J.F.K. Blvd.,   Philadelphia, PA 19102
12768005    Wells Fargo Bank NA,   PO Box 10438,   Des Moines IA   50306-0438
13626022   +Wells Fargo Bank, N.A., as Trustee,   c/o MATTHEW CHRISTIAN WALDT,   Milstead & Associates LLC,
             1 East Stow Road,   Marlton, NJ 08053-3118
13265474   +Wells Fargo Bank, N.A., as Trustee, on,   Serviced by Select Portfolio Servicing,,
             3815 South West Temple,   Salt Lake City, UT 84115-4412
12763419   +Wells Fargo Financial PA,   9475 Roosevelt Blvd.,   Philadelphia, PA 19114-2212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcy@phila.gov Apr 11 2018 01:47:01    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2018 01:46:32
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 11 2018 01:46:48    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 11 2018 01:47:33
             Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
             Houston, TX  77210-4457
cr          E-mail/PDF: rmscedi@recoverycorp.com Apr 11 2018 01:47:41    The Bureaus, Inc.,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
12763396   +E-mail/Text: equiles@philapark.org Apr 11 2018 01:47:11    ACS/Philadelphia PVB,
             PO Box 41819,   Philadelphia, PA 19101-1819
12763397   +E-mail/Text: EBNProcessing@afni.com Apr 11 2018 01:46:43    Afni, Inc.,   PO Box 3247,
             Bloomington, IL 61702-3247
12881503    E-mail/Text: bankruptcy@phila.gov Apr 11 2018 01:47:01    City of Philadelphia,
             SchoolDistrict of Philadelphia,   Law Department - Tax Unit,   One Parkway Building,
             1515 Arch Street, 15th Floor,   Philadelphia, PA  19102-1595
12883665    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2018 01:46:32
             Commonwealth of Pennsylvania Department of Revenue,   PO Box 280946,   Bankruptcy Division,
             Harrisburg, PA 17128-0946
12763402    E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2018 01:47:31    GEMB/Old Navy,   PO Box 981400,
             El Paso, TX 79998-1400
12763403    E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2018 01:47:41    GEMB/Sam's Club,   PO Box 981400,
             El Paso, TX 79998-1400
12763404   +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2018 01:47:41    GEMB/Walmart,   PO Box 981400,
             El Paso, TX 79998-1400
12763406    E-mail/Text: cio.bncmail@irs.gov Apr 11 2018 01:46:13    Internal Revenue Service,
             P.O. Box 21126,   Philadelphia, PA 19114
12858510    E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 11 2018 01:46:44    Jefferson Capital Systems LLC,
             PO BOX 7999,   SAINT CLOUD MN 56302-9617
12763398   +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 11 2018 01:47:42    LVNV Fuinding, LLC,
             PO Box 10497,   Greenville, SC 29603-0497
13028274    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 11 2018 01:47:51    Midland Funding LLC,
             by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
             Houston, TX  77210-4457
12763410    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2018 01:46:32    PA Department of Revenue,
             Bureau of Compliance,   Dept. 280946,   Harrisburg, PA 17128-0946
12763412    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 11 2018 01:47:41
             Portfolio Recovery Associates,   120 Corporate Blvd.,   Suite 100,   Norfolk, VA 23502
12926702   +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 11 2018 01:47:51
             PYOD, LLC its successors and assigns as assignee,   of B-Line, LLC,
             Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
12795700   +E-mail/Text: equiles@philapark.org Apr 11 2018 01:47:11    Philadelphia Parking Authority,
             3101 Market Street - 2nd floor,   Philadelphia, PA 19104-2806

```
District/off: 0313-2          User: John              Page 2 of 2          Date Rcvd: Apr 10, 2018
                              Form ID: pdf900         Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12773326        E-mail/PDF: rmscedi@recoverycorp.com Apr 11 2018 01:47:50
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12850462        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 11 2018 01:46:07
                 VERIZON WIRELESS,   PO BOX 3397,   BLOOMINGTON, IL 61702-3397
12763416       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 11 2018 01:46:07
                 Verizon,   P.O. Box 8585,   Philadelphia, PA 19173-0001
12763417       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 11 2018 01:46:07
                 Verizon Wireless,   PO Box 1850,   Folsom, CA 95763-1850
                                                                                  TOTAL: 24


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12763407*      +LVNV Fuinding, LLC,   PO Box 10497,   Greenville, SC 29603-0497
13626462*      +Wells Fargo Bank, N.A., as Trustee,   c/o MATTHEW CHRISTIAN WALDT,   Milstead & Associates LLC,
                 1 East Stow Road,   Marlton, NJ 08053-3118
cr            ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,   3815 South West Temple,
                 Salt Lake City, UT 84115-4412
12763400      ##+Commercial Acceptance Co,   4807 Jonestown Rd,   Suite 247,   Harrisburg, PA 17109-1744
12763420       ##Wilshire Credit Corp.,   P.O. Box 8517,   Portland, OR 97207-8517
                                                                                  TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2018 at the address(es) listed below:
```
        ALBERT JAMES MILLAR   on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
         RA-occbankruptcy6@state.pa.us
        ANDREW F GORNALL   on behalf of Creditor    WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF
         THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES
         2005-FFH1 agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
        KIMBERLY A. BONNER   on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, in trust for
         registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed
         Certificates, Series 2005-FFH1 amps@manleydeas.com
        KIMBERLY A. BONNER   on behalf of Creditor    WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF
         THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES
         2005-FFH1 amps@manleydeas.com
        MATTHEW CHRISTIAN WALDT   on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee
         mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
        THOMAS I. PULEO   on behalf of Creditor    WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF
         THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES
         2005-FFH1 tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
        TRANG V TRUONG   on behalf of Creditor    Wells Fargo Bank, N.A. trangtruong@wellsfargo.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
        ZACHARY PERLICK   on behalf of Debtor Raul O. Dones Perlick@verizon.net,  pireland1@verizon.net
                                                                                  TOTAL: 10
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    RAUL DONES               : Bankruptcy No. 12-14967AMC
                                       :
                                       :
        DEBTOR                 : Chapter 13

**O R D E R**

AND NOW, this  10th  day of  April  , 2018, upon consideration of the Debtor's Motion to Reopen Chapter 13 Case, it is hereby ORDERED that that the Motion to Reopen Bankruptcy case is Granted.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

Service list:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

RAUL DONES
4821 Van Kirk Street
Philadelphia, PA 19135

all creditors on the matrix